IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Michael Stevens, | ) | Case No.: 1:05CV1051 |
| Plaintiff, | ) | Judge Gaughan |
| v. | ) | **STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE** |
| Forest River, Inc., et al., | ) | |
| Defendants. | ) | G. Bradley Riffe, Esq.<br>Kahn & Associates, LLC<br>55 Public Square, Suite 650<br>Cleveland, OH 44113<br>Counsel for Plaintiff |

Plaintiff Michael Stevens, by and through counsel, moves the Court for an Order dismissing this action with prejudice.

/s/ G. Bradley Riffe, Esq.
G. Bradley Riffe, Esq.
Kahn & Associates, LLC
55 Public Square, Suite 650
Cleveland, OH 44113
Counsel for Plaintiff

So Ordered.
/s/ Patricia A. Gaughan
12/16/05

2

Stipulated to and approved by:

                                          ROBISON, CURPHEY & O'CONNELL

                                          /s/ Peter N. Lavalette
                                          Peter N. Lavalette
                                            Ninth Floor, Four SeaGate
                                            Toledo, OH 43604
                                            (419) 249-7900
                                            (419) 249-7911 - facsimile

                                            Attorneys for Defendant Forest River, Inc.

## CERTIFICATE OF SERVICE

Toledo, Ohio
December 16, 2005

      This is to certify that a copy of the foregoing Motion for Stipulated Dismissal Entry With Prejudice was sent this day, via court electronic transmission, to Peter N. Lavalette, Robison Curphey & O'Connell, Four SeaGate Ninth Floor, Toledo, Ohio 43606, attorneys for Defendant Forest River, Inc.

                                            /s/ Peter N. Lavalette
                                            Peter N. Lavalette